## Commonwealth *v.* Beck, Appellant.

Argued March 16, 1976. *Stuart E. Beck*, appellant, *in propria persona; Eric J. Cox*, Assistant District Attorney, *Ross Weiss*, First Assistant District Attorney, and *William T. Nicholas*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., absent.